Same case below, 363 Fed. Appx. 534.

**No. 10-5503. Jimmie O. Beasley, Jr., Petitioner v. Arizona.**

562 U.S. 925, 131 S. Ct. 310, 178 L. Ed. 2d 202, 2010 U.S. LEXIS 7196.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

**No. 10-5504. Demetrius Marquise Adams, Petitioner v. Thomas L. Simpson, Warden.**

562 U.S. 925, 131 S. Ct. 310, 178 L. Ed. 2d 202, 2010 U.S. LEXIS 7448.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-5505. Michael Lee Brown, Petitioner v. City of North Chicago, Illinois, et al.**

562 U.S. 926, 131 S. Ct. 310, 178 L. Ed. 2d 202, 2010 U.S. LEXIS 7477,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 365 Fed. Appx. 13.

**No. 10-5506. William D. Carter, Petitioner v. Randy Grounds, Acting Warden.**

562 U.S. 926, 131 S. Ct. 310, 178 L. Ed. 2d 202, 2010 U.S. LEXIS 7356.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-5507. Bennett Tressler, Petitioner v. Florida.**

562 U.S. 926, 131 S. Ct. 311, 178 L. Ed. 2d 202, 2010 U.S. LEXIS 7251.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 35 So. 3d 33.

**No. 10-5508. Tony Ramon Wilis, Petitioner v. United States.**

562 U.S. 926, 131 S. Ct. 311, 178 L. Ed. 2d 202, 2010 U.S. LEXIS 7415.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5509. Sunday N. Udoinyion, Petitioner v. DeKalb County, Georgia, et al.**

562 U.S. 926, 131 S. Ct. 311, 178 L. Ed. 2d 202, 2010 U.S. LEXIS 7175.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5510. Joe W. King, Petitioner v. J. A. Keller, Warden.**

562 U.S. 926, 131 S. Ct. 311, 178 L. Ed. 2d 202, 2010 U.S. LEXIS 7457.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 372 Fed. Appx. 70.